# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**
**FOR THE USE AND BENEFIT OF**
**HAUSERS WATER SYSTEMS, INC.,**
**AN IOWA CORPORATION**

v.     **CASE NO. 3:20-CV-00122-BSM**

**FCCI INSURANCE COMPANY**     **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 22] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE