IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**
**FOR THE USE AND BENEFIT OF**
**HAUSERS WATER SYSTEMS, INC.,**
**AN IOWA COPROPRTION**

v.                                    CASE NO. 3:20-CV-00122-BSM

**FCCI INSURANCE COMPANY**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE